IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYRON GAINES                                                                                   PLAINTIFF

V.                                     NO: 4:17CV00348 JLH/PSH

BRAXTON                                                                                         DEFENDANT

## ORDER

Gayron Gaines filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 25, 2017, while incarcerated at the Pulaski County Detention Facility. Document #1. On August 10, 2017, Gaines filed a change of address notice indicating that he had been released from custody. Document #9. On August 21, 2017, the Court entered an order directing Gaines to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application reflecting his free-world financial status within 30 days. *See* Document #11. Gaines was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). More than 30 days have passed, and Gaines has not complied or otherwise responded to the August 21 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE